**Order entered October 21, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-13-01640-CR

**STEVE ACOSTA, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

### On Appeal from the 194th Judicial District Court
### Dallas County, Texas
### Trial Court Cause No. F13-55987-M

## ORDER

By letter dated October 2, 2014, the Court notified the trial court that the record does not contain the trial court's certification of appellant's right to appeal. The trial court must prepare an accurate certification in every case in which a defendant appeals. *See* Tex. R. App. P. 25.2(a), (d); *Cortez v. State*, 420 S.W.3d 803 (Tex. Crim. App. 2013). Therefore, we asked the trial court to review the record and to file, within ten days, a completed certification of appellant's right to appeal that accurately reflects the trial court proceedings. To date, we have not received the certification of appellant's right to appeal.

Accordingly, we **ORDER** the trial court to prepare and file with this Court, within **TEN DAYS** of the date of this order, a certification of appellant's right to appeal.

We **DIRECT** the Clerk to send copies of this order, by electronic transmission, to the Honorable Ernest White, Presiding Judge, 194th Judicial District Court; Gary Fitzsimmons, Dallas County District Clerk; and to counsel for all parties.

/s/     ADA BROWN
             JUSTICE